UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CAREERSTAFF UNLIMITED, LLC,

    Plaintiff,

CASE NO.:

v.

PENSACOLA OPCO, LLC,
d/b/a PENSACOLA NURSING
AND REHABILITATION CENTER,

    Defendant.
_____/

# COMPLAINT

Plaintiff, CAREERSTAFF UNLIMITED, LLC ("CareerStaff"), by and through the undersigned counsel, hereby files this Complaint against Defendant, PENSACOLA OPCO, LLC d/b/a PENSACOLA NURSING AND REHABILITATION CENTER ("Pensacola OPCO") and states as follows:

## PARTIES, JURISDICTION, AND VENUE

1. CareerStaff is a Delaware Limited Liability Company with its principal place of business in Irving, Dallas County, Texas. Its Managing Member is domiciled in Pennsylvania.

2. Pensacola OPCO is a Delaware Limited Liability Company with its principal place of business in Pensacola, Escambia County, Florida. All Managing Members of Pensacola OPOC are domiciled in Florida.

3. This court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because complete diversity of citizenship exists between the parties and because the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4. Venue is proper in this Court as the cause of action accrued in Escambia County, Florida, and Defendant Pensacola OPOC regularly conducts business or activity in Escambia County, Florida, has significant contacts with Escambia County, Florida and, upon information and belief, maintains a principal place of business in Escambia County, Florida.

5. The amount in controversy in this action exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest, costs, and attorney's fees as more fully set forth herein.

## COUNT I – BREACH OF CONTRACT

6. CareerStaff incorporates by reference the averments of Paragraphs 1 through 5 above as though the same were fully set forth herein.

7. On or about April 25, 2022, Pensacola OPCO, which sought staffing services and qualified professional healthcare personnel ("Personnel") from CareerStaff, entered into a Staffing Services Agreement (the "Agreement"), the terms of which are set forth in the Agreement. A copy of the Agreement is attached hereto as **Exhibit "A."**

8.  The Agreement is a valid and binding contract between CareerStaff and Pensacola OPCO.

9.  Pursuant to the terms of the Agreement, CareerStaff provided Pensacola OPCO certain staffing services and Personnel to Pensacola OPCO's facility, namely Pensacola Nursing and Rehabilitation Center (hereinafter referred to as the "Facility").

10. Pensacola OPCO received and accepted said staffing services and Personnel for service at the Facility.

11. Pensacola OPCO agreed to pay CareerStaff for charges and Personnel provided to Pensacola OPCO by CareerStaff pursuant to the terms of the Agreement.

12. The unpaid balance on Pensacola OPCO's account is $207,341.10.

13. The Agreement also provides for late charges at the rate of 1.5% per month on the unpaid balance. *See* **Exhibit "A"** at Section VI(B).

14. As of February 16, 2023, the late charges on the unpaid balance total approximately $20,122.70.

15. As of February 16, 2023, the total outstanding balance on Pensacola OPCO's account with CareerStaff is $227,463.80.

16. Late charges continue to accrue.

17. Additionally, the Agreement requires Pensacola OPCO to pay CareerStaff's reasonable attorneys' fees in the event of litigation caused by

Pensacola OPCO's breach of the Agreement. *See* **Exhibit "A"** at VI(B).

18. CareerStaff conferred with Pensacola OPCO numerous times regarding amounts Pensacola OPCO owes to CareerStaff and made repeated demands for payment.

19. Notwithstanding CareerStaff's repeated requests and demands for payment, Pensacola OPCO has failed to pay the aforesaid balance and late charges in breach of the parties' Agreement and has thereby caused CareerStaff to incur substantial damages.

20. All conditions precedent Pensacola OPCO's payment obligation(s) have occurred.

WHEREFORE, CareerStaff demands judgment against Pensacola OPCO in the amount of $227,463.80 with continuing late charges thereon as set forth above. CareerStaff also demands that its attorneys' fees and costs be paid by Pensacola OPCO.

## COUNT II – UNJUST ENRICHMENT

21. CareerStaff hereby incorporates Paragraphs 1 through 20 above as though the same were set forth herein.

22. As set forth above, CareerStaff avers that the failure of Pensacola OPCO to pay CareerStaff constitutes a material breach of the Agreement.

23. In the alternative to a breach of the Agreement, CareerStaff avers that

it provided staffing services and qualified professional healthcare Personnel to Pensacola OPCO and Pensacola OPCO retained the benefit of such Personnel and services without paying CareerStaff for same.

24. Pensacola OPCO knew that CareerStaff expected to be paid for its staffing services.

25. It would be inequitable for Pensacola OPCO to retain the benefit of CareerStaff's services without adequately compensating CareerStaff for same.

WHEREFORE, CareerStaff demands judgment against Pensacola OPCO in the amount of $227,463.80 with continuing late charges thereon as set forth above. CareerStaff also demands that its attorneys' fees and costs be paid by Pensacola OPCO, together with costs, interest, and such other relief as this Court deems appropriate.

*SPACE INTENTIONALLY LEFT BLANK*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document will be served on the above-named Defendant along with the Summons in this action.

Respectfully submitted on February 17, 2023.

**GORDON REES SCULLY MANSUKHANI**

*s/ Lara E. Breslow*
Kristina L. Marsh, Esquire
Florida Bar No.: 0311080
Lara E. Breslow, Esquire
Florida Bar No.: 0127170
Primary: kmarsh@grsm.com
Primary: lbreslow@grsm.com
Secondary: jsimpson@grsm.com
Tertiary: TampaPleadings@grsm.com
100 S. Ashley Drive, Suite 1290
Tampa, Florida 33602
Telephone (Main): 813-444-9700
Facsimile: 813-377-3505
*Counsel for Plaintiff, CareerStaff Unlimited, LLC*